FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Mar 31, 2023
SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHAUGHN MICHAEL NORIEGA,

Defendant.

No. 4:22-CR-06019-MKD-1

ORDER GRANTING DEFENDANT'S MOTION TO EXPEDITE AND GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE

**ECF Nos. 76, 77**

On Tuesday, March 28, 2023, the Court conducted a hearing on Defendant's Motion to Modify Conditions of Release (ECF No. 76) and related Motion to Expedite (ECF No. 77). Defendant was represented by Assistant Federal Defender Jennifer Barnes. Assistant United States Attorney Timothy Ohms represented the United States.

Defendant requests that the Court modify Special Condition Nos. 3 and 4 to remove GPS monitoring.[1] ECF No. 76. The United States Attorney's Office and

[1] Defendant's Motion mentions Special Condition No. 4, but only requests removal of Special Condition No. 3. However, these Conditions function in unison and one cannot be removed without the other. Accordingly, the Court treats the Motion as a request for removal of both.

the United States Probation/Pretrial Services Office have no objection to Defendant's request. *Id.*

Accordingly, **IT IS ORDERED:**

1. Defendant's Motion to Expedite (**ECF No. 77**) is **GRANTED**.

2. Defendant's Motion to Modify Conditions of Release (**ECF No. 76**) is **GRANTED**.

3. **Special Condition Nos. 3–4 (ECF No. 59) are STRICKEN.**

4. All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED March 31, 2023.




ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE